# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR SECURITY PACIFIC BANK**, <br><br> Plaintiff, <br><br> vs. <br><br> **BANCINSURE, INC.**, <br><br> Defendant. | **Case No.: CV 12-9882 DMG (MRWx)** <br><br> The Honorable Michael R. Wilner <br><br> **[PROPOSED] ORDER GRANTING STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER** REGARDING NON-DISCLOSURE OF CONFIDENTIAL MATERIAL <br><br> Complaint Filed: November 19, 2012 |

**Case No.: CV 12-9882**

1     Pursuant to the Stipulated Confidentiality Agreement and Protective Order submitted by Plaintiff Federal Deposit Insurance Corporation, as Receiver of Security Pacific Bank, and Defendant BancInsure Inc., the Court find there is good cause to enter this Stipulation as an Order.

    **NOTE:** Any filing or request for sealing pursuant to Paragraph 20 of the parties' stipulation must comply in full with Local Rule of Court 79.

**IT IS SO ORDERED:**

/s/ Judge Wilner

DATED: May 10, 2013

HONORABLE MICHAEL R. WILNER
United States Magistrate Judge

**Case No.: CV 12-9882**