JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BANCINSURE, INC,<br><br>　　　　　Defendant. | Case No. CV 12-09882 DMG (MRWx)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order granting Plaintiff's Motion for Summary Judgment and denying Defendant's Motion for Summary Judgment,

　　　IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Plaintiff Federal Deposit Insurance Corporation and against Defendant BancInsure, Inc., which shall take nothing.

DATED:　June 16, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE