# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Security Pacific Bank,<br><br>    Plaintiff,<br><br>  v.<br><br>BANCINSURE, INC. an Oklahoma corporation,<br><br>    Defendant. | Case No. CV 12-9882-DMG (MRWx)<br><br>**AMENDED JUDGMENT** |

  The Ninth Circuit Court of Appeals having reversed this Court's decision and remanded this action with instructions to entered judgment in favor of BancInsure,

  IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff Federal Deposit Insurance Corporation shall have and recover nothing by way of its complaint herein and judgment is hereby entered in favor of Defendant BancInsure, Inc.

DATED: April 13, 2017

                    DOLLY M. GEE
                    UNITED STATES DISTRICT JUDGE